No. 15,252.

GREENE *v.* GREENE.
(134 P. [2d] 1068)

Decided February 15, 1943.

Judgment affirmed en banc on application for supersedeas without written opinion. Mr. Justice Jackson not participating.

Mr. J. ALFRED RITTER, for plaintiff in error.

Messrs. FOARD BROTHERS, for defendant in error.